IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:07CR239 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CELIADINA CUEVAS-CORTES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to extend her self surrender date to (Filing No. 27).

Defense counsel represents that the Defendant is to report in Alderson, West Virginia, on December 12, 2007.  The Defendant requests a one-week extension of her reporting date due to the weather forecast between Omaha and Alderson for the period between December 6 and December 11, 2007.  It appears that the Defendant intends to drive to Alderson with her family.  The motion is denied, and the Defendant is encouraged to explore alternate methods of travel.

IT IS ORDERED that the Defendant's motion to extend her self-surrender date (Filing No. 27) is denied.

DATED this 7th day of December, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge